```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

| | | |
|---|---|---|
| ORTHODONTIC CENTERS OF TEXAS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-2595 |
| CHARLES CORWIN, D.D.S. and CHARLES CORWIN, D.D.S., P.C., | § § § | |
| Defendants. | § § | |

## ORDER OF TRANSFER

For the reasons stated in the separate Memorandum and Order of Transfer signed this day, it is

ORDERED that Plaintiff's Motion to Transfer (Document No. 4) is GRANTED. This case is TRANSFERRED pursuant to 28 U.S.C. § 1412 to the United States District Court for the Eastern District of Louisiana.

The Clerk will mail a copy of this Order of Transfer to the Clerk of the United States District Court for the Eastern District of Louisiana and shall notify all parties and provide them with a true copy of this Order.

SIGNED in Houston, Texas, on this 18th day of January, 2007.

```
                       _____
                             EWING WERLEIN, JR.
                          UNITED STATES DISTRICT JUDGE
```